UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT M. YOUNGS,<br><br>        Plaintiff,<br><br>  -against-<br><br>ORANGE COUNTY SHERRIFS ORGANIZATION; CARL DUBOIS, ET AL,<br><br>        Defendants. | 22-CV-4918 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 15, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 15, 2022
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge