UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT M. YOUNGS,

                Plaintiff,

-against-

SERGEANT GRESSNER, OFFICER RICCARDO
LAUDATO, SEARGENT DELLA PIA, and
SERGEANT K. MANN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2023

No. 7:22 Civ. 4918 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court has reviewed *pro se* Plaintiff's letter motion request to be appointed *pro bono* counsel, dated November 16, 2022. (ECF No. 7.) Plaintiff's request is denied without prejudice and with leave to renew. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 7, to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF, and to show service on the docket.

Dated: June 14, 2023
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE