USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT M. YOUNGS,

                Plaintiff,

    -against-

SERGEANT GESSNER, OFFICER RICCARDO
LAUDATO, SERGEANT DELLA PIA, and
SEGEANT K. MANN,

                Defendants.

No. 22-cv-4918 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On May 9, 2024, this Court issued an Opinion and Order granting Defendants' motion to dismiss Plaintiff's Amended Complaint. (ECF No. 46.) The Opinion and Order gave Plaintiff leave to file a second amended complaint by July 29, 2024. (*Id.*) Plaintiff was warned that "[s]hould Plaintiff not file a Second Amended Complaint by this date, Plaintiff's claims will be dismissed with prejudice." (*Id.*) As of April 14, 2025, Plaintiff has not filed a second amended complaint. Accordingly, it is hereby

ORDERED that Plaintiff's claims be dismissed with prejudice.

1

The Clerk of Court is respectfully directed to terminate the action.

 The Clerk of Court is respectfully directed to terminate the action and to mail a copy of this Order to *pro se* Plaintiff at his address as it listed on ECF

Dated:   April 14, 2025                    SO ORDERED:
        White Plains, New York

                                         NELSON S. ROMÁN
                                  United States District Judge