**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT M. YOUNGS,

                Plaintiff,

  -against-                                    22 **CIVIL** 4918 (NSR)

                                                      **JUDGMENT**

SERGEANT GESSNER, OFFICER RICCARDO
LAUDATO, SERGEANT DELLA PIA, and
SEGEANT K. MANN,

                Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2025, this Court issued an Opinion and Order on May 9, 2024, granting Defendants' motion to dismiss Plaintiff's Amended Complaint. (ECF No. 46.) The Opinion and Order gave Plaintiff leave to file a second amended complaint by July 29, 2024. (Id.) Plaintiff was warned that "[s]hould Plaintiff not file a Second Amended Complaint by this date, Plaintiff's claims will be dismissed with prejudice." (Id.) As of April 14, 2025, Plaintiff has not filed a second amended complaint. It is hereby ORDERED that Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      April 15, 2025

                                                            **TAMMI M HELLWIG**
                                                              **Clerk of Court**

                              **BY:**              *K. Mango*

                                                              **Deputy Clerk**